UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT FLORIDA
MIAMI DIVISION

CASE NO. 08-23129-CIV-MARTINEZ/BROWN

CLODUALDO BEO,

        Plaintiffs,

vs.

BTB SERVICES,

        Defendant.
_____/

## DAVID CHONIN'S MOTION TO WITHDRAW AS ATTORNEY FOR BTB SERVICES

COMES NOW, David Chonin, who moves to withdraw as attorney for Defendant for BTB Services, and as grounds states as follows:

1. Irreconcilable differences have arisen between David Chonin, Esquire and Defendant BTB SERVICES.

2. It is in BTB SERVICES's best interest that it retain another attorney to represent it in this action.

WHEREFORE Defense counsel David Chonin respectfully requests that he be permitted to withdraw from this case and allow BTB SERVICES thirty days to secure new counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2009 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic

Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        Law Office of David Chonin
                                        5820 Blue Lagoon Drive, Suite 125
                                        Miami, Florida 33126
                                        Telephone:  (305)  444-3000
                                        Facsimile:    (305) 448-7788

                                        By:     *s/David Chonin*
                                                DAVID CHONIN
                                                Email: chonind@bellsouth.net
                                                Fla. Bar No. 066664

## SERVICE LIST

**Clodualdo Beo v. BTB Services**
**Case No. 08-23129-CIV-MARTINEZ/BROWN**
**United States District Court, Southern District of Florida**

Chad E. Levy, Esquire
chad@levylevylaw.com
Levy and Levy, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, FL 33316
Telephone:     (954) 763-5722
Facsimile:     (954) 763-5723
Co-Counsel for Plaintiff
*Via CM/ECF*


Christopher J. Whitelock
cjwhitelock@bellsouth.net
Whitelock & Associates, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, FL 33316
Telephone:     (954) 463-2001
Facsimile:     (954) 463-0410
Co-Counsel for Plaintiff
*Via CM/ECF*


BTB SERVICES
245 SE 1st Street, #234
Miami, Florida 33131
*Via U.S. Mail*